UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| IN RE:  Garland Edward Jenkins | ) | In Bankruptcy |
|     Alice Faye Jenkins | ) | Case No.: 05-51051 |
|     Debtors | ) | Chapter 7 |
| | ) | |
| | ) | |
| | ) | Adversary proceeding |
| | ) | Case No.: 17-05006 |
| | ) | |

Geneva F. Parris, Chapter 7 Trustee

    Vs.

Grant and Eisenhofer, P.A.,

---

**AGREED ORDER OF SETTLEMENT**

---

    Come now the parties by and through counsel and for their agreed order that resolves this adversary proceeding state:

1.    Plaintiff is the trustee in the Chapter 7 bankruptcy case named above.

2.    Defendant is a Delaware professional association with offices in New York, Delaware, and Illinois.

3.    Plaintiff is the duly qualified and acting trustee in this case. To perform her duties as trustee, the trustee required the services of an attorney to represent the interest of the bankruptcy estate regarding recovery of the proceeds of a *qui tam* lawsuit.

4.    Plaintiff retained the law firm of Grant & Eisenhofer, P.A. ("G&E"), 485 Lexington Avenue, New York, New York, 10017, as counsel for the trustee (ECF 25), to pursue the estate's interest in a *qui tam* action, *U.S. ex rel. NRDC v. Lockheed Martin Corp.*, then pending in the United States District Court for the Western District of Kentucky Civil Action No. 5:99cv00170-JHM (with its consolidated case, *U.S. ex rel. Tillson v. Lockheed Martin Energy Systems, Inc. et*

*al.*, Action No. 5:00cv00039 (W.D. Ky.), the "*Qui Tam Actions*"). G&E also simultaneously represented the interests of the other relators in the *Qui Tam* Actions.

5. On February 26, 2016, the defendant, G&E, on behalf of its clients in the *Qui Tam* Actions signed off on a settlement agreement in the District Court with respect to the *Qui Tam* Actions.

6. The total recovery obtained for the bankruptcy estate by G&E in the *Qui Tam* Actions was $143,420.00. Of that, $44,160.00 is payable as an attorney fee to G&E from the Debtor's bankruptcy estate, upon allowance by this Court after application pursuant to G&E's retention order. See ECF 30.

7. As a result of the settlement of the adversary proceeding, the Trustee anticipates that she will have sufficient funds to pay all holders of allowed claims, in full, plus interest, plus to permit for the payment of administrative expense claims, court fees, and amounts due to the Trustee pursuant to 11 U.S.C. §326.

8. While disbursement of certain funds received from the *Qui Tam* Actions was initially made to the widow of debtor Garland Jenkins by ways other than Bankruptcy Court approval, the parties have agreed to settle the Trustee's claim asserted in this adversary complaint as follows:

   a) The parties agree, subject to this court's approval, that G&E will pay to the Trustee a total of $ 129,979.03 (the "*Settlement Payment*") in full and complete satisfaction of the Trustee's claims, whether asserted in the adversary complaint or otherwise;

   b) Of the Settlement Payment, the Trustee shall retain $85,819.03 for distribution to claimants in the priority to which the Bankruptcy Code accords their claim, first to administrative expenses, including the Trustee's fees, attorney fees incurred for this adversary proceeding, then to unsecured creditors and any interest allowable and payable on any claim. The Trustee shall seek Bankruptcy Court approval for the payment of the G&E attorney fee of $44,160.00 pursuant to G&E's retention order. See ECF 30; and

   c) The Trustee shall pay G&E's attorney fee in the amount approved by the Bankruptcy Court.

_____
Alan C. Stout
United States Bankruptcy Judge
Dated: May 1, 2017

Prepared By:

/s/   Russ Wilkey
Russ Wilkey
WILKEY & WILSON, P.S.C.
111 West Second Street
Owensboro, KY 42303
(270) 685-6000
rwilkey@wilkeylaw.com
*Attorney for Geneva Parris, Trustee*


Have Seen and Agreed:

/s/ James J. Sabella
James J. Sabella, Director (admitted in New York and Delaware)
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, NY 10017
646-722-8500
jsabella@gelaw.com
*Attorney for Grant & Eisenhofer P.A.*